IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

KEVIN W. WARD                                                                                    PLAINTIFF
ADC #105045

v.                              CASE NO: 1:15CV00068 BSM

MYLES MASSENNELLI, et al.                                                          DEFENDANTS

### ORDER

The partial recommended disposition submitted by United States Magistrate Judge Patricia S. Harris has been reviewed. No objections have been filed. After careful consideration, the partial recommended disposition is hereby adopted in all respects.

IT IS THEREFORE ORDERED that Ward's claims against defendant Myles Massennelli are dismissed without prejudice.

IT IS SO ORDERED this 28th day of April 2016.

_____
UNITED STATES DISTRICT JUDGE